**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **No. 1:00-00002** |
| | ) | **JUDGE CAMPBELL** |
| **ROBERT MICHAEL CURRY** | ) | |

**ORDER CLARIFYING AND AMENDING ORDER OF SUBSTITUTION**

Judgment was entered as to the above-named defendant on June 8, 2000 (Docket Entry No. 21), wherein restitution in the amount of $457,993.00 was ordered to be paid to First National Bank of Pulaski, and $611,742.15 was ordered to be paid to Bane Insure.[1] There are other victims in this case, and the total amount of restitution to all victims as stated in the Judgment is $2,891,591.12.

By Order entered May 3, 2007 (Docket Entry No. 26), Bancinsure, Inc. was substituted for First National Bank of Pulaski because the bank's rights to restitution from the defendant had been assigned to Bancinsure, Inc. Although the substitution of the victim was correct, the amounts stated in the Order were incorrect due to erroneous information provided to the Court by the Clerk's office at the time the Order was prepared. The errors in the Order are as follows:

(1) paragraph one - ". . . restitution in the amount of $2,891,591.12 was ordered to be paid to First National Bank of Pulaski." The amount should have been $457,993.00.

(2) paragraph two - "The restitution balance of $2,891.591.12 shall be paid to Bancinsure, Inc." The amount should have been $456,648.08.

---

[1] As reflected in the Order (Docket Entry No. 26), the correct name for "Bane Insure" is "Bancinsure, Inc." However, no official Order of substitution or name correction for the original victim "Bane Insure" was entered in this case.

The May 3, 2007 Order (Docket Entry No. 26) is hereby amended to reflect the correct amounts as set forth above.

As further clarification, the Court notes that "Bane Insure" (now Bancinsure, Inc.) is an original victim in its own right in this case who was ordered to receive restitution in the amount of $611,742.15. Therefore, Bancinsure, Inc., as an original victim is due $611,742.15 and as a substituted victim is due a balance of $456,648.08 for a total due of $1,068,390.23. Since the date of entry of the May 3, 2007 Order (Docket Entry No. 26), Defendant has continued to make payments which have been applied to Bancinsure, Inc., as well as the other victims, and, as of today, Bancinsure, Inc., is owed a balance of $1,038,895.13.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE